UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 10-05703 DMG (OPx)** | Date | January 3, 2011 |
|---|---|---|---|

| Title | *Iron Mike Landrum Sr. v. Knockout Sports World et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY DEFENDANTS KNOCKOUT SPORTS WORLD AND SHINE INTERNATIONAL SHOULD NOT BE DISMISSED**

Plaintiff has not filed proof of service for Defendants Knockout Sports World and Shine International, both of which were named in the original complaint, filed on August 5, 2010. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had until December 3, 2010, *i.e.*, 120 days, to file proof of service on these Defendants. *See* Fed. R. Civ. P. 4(m). He has not yet done so.

Plaintiff is therefore **ORDERED TO SHOW CAUSE** why Defendants Knockout Sports world and Shine International should not be dismissed due to Plaintiff's failure to serve under Rule 4(m). If Plaintiff does not file his written response by **January 14, 2011** demonstrating good cause for the failure to effectuate timely service of process, Defendants Knockout Sports World and Shine International shall be dismissed without prejudice.

**IT IS SO ORDERED.**

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk ys |
|---|---|---|